

```
BENJAMIN B. WAGNER
United States Attorney
GLEN F. DORGAN
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for the United States of America
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. SHARMAN WOOD,<br><br>        Plaintiff,<br><br>    v.<br><br>FAMILY HEALTHCARE NETWORK; HARRY L. FOSTER; TONY M. WEBER; and DOES 1 through 50,<br><br>        Defendants. | 1:07-cv-00700-OWW-WMW<br><br>[~~PROPOSED~~] ORDER REGARDING THE UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION<br><br>[FILED UNDER SEAL] |

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. §3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that,

1.  The First Amended Complaint herein was previously ordered unsealed and served upon some or all of the defendants by the United States;

2.  All other contents of the Court's file in this action shall remain under seal and not be made public or served upon the defendants, except for this Order and the United States' Notice

of Election to Decline Intervention, which the relators will serve upon the defendants;

    3. The seal is lifted as to all other matters occurring in this action after the date of this Order;

    4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. §3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

    5. The parties shall serve all notices of appeal upon the United States;

    6. All Orders of this Court shall be sent to the United States; and

    7. Should the relators or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

    IT IS SO ORDERED.

DATED: 5-11-10

_____
OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE BY U.S. MAIL**

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers;

That on May 10, 2010, she served a copy of:

**[PROPOSED] ORDER REGARDING THE UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION**

by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and its contents in the United States Mail at Fresno, California.

Addressee(s):

Michael A. Hirst, Esq.
Leslie S. Guillon, Esq.
HIRST LAW GROUP
455 Capitol Mall, Suite 605
Sacramento, CA  95814

JONI L. JONES