**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. SHARMAN WOOD,<br><br>        Plaintiff,<br><br>  v.<br><br>FAMILY HEALTHCARE NETWORK; HARRY L. FOSTER; TONY M. WEBER; and DOES 1 through 50,<br><br>        Defendants. | 1:07-cv-0700 OWW MS<br><br>ORDER AFTER SCHEDULING CONFERENCE<br><br>Further Scheduling Conference: 9/2/10 8:15 Ctrm. 3 |

**I.   Date of Scheduling Conference.**

    May 28, 2010.

**II.  Appearances Of Counsel.**

    Michael A. Hirst, Esq., appeared on behalf of Plaintiff.

**III. Status of Case.**

    1.   Due to an administrative mix-up in the Clerk's Office of this Court, the case has not been comprehensively unsealed. That is being accomplished.

    2.   Upon unsealing of the entire case, the Clerk is directed to issue Summons to facilitate service of the Complaint by Plaintiff on Defendants.

    3.    Plaintiff shall have sixty (60) days to effectuate service on any Defendants Plaintiff intends to prosecute the case against.

    4.    A Further Scheduling Conference shall be held on September 2, 2010, at 8:15 a.m., in Courtroom 3.  Plaintiff is authorized to appear telephonically.

IT IS SO ORDERED.

**Dated:   May 28, 2010**                                 **/s/ Oliver W. Wanger**
                                                   UNITED STATES DISTRICT JUDGE