Michael A. Hirst, Esq. CA Bar No. 131034
Leslie S. Guillon, Esq. CA Bar No. 222400
HIRST LAW GROUP, P.C.
455 Capitol Mall, Suite 605
Sacramento, CA 95814
Tel: (916) 443-6100
Fax: (916) 443-6700

Attorneys for Qui Tam Plaintiff
Sharman Wood

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. SHARMAN WOOD, <br><br> Plaintiffs, <br><br> v. <br><br> FAMILY HEALTHCARE NETWORK; HARRY L. FOSTER; TONY M. WEBER; and DOES 1 through 50, <br><br> Defendants. | 1:07-cv-00700-OWW-SKO <br><br> **ORDER DENYING MOTION TO DISMISS** |

Defendants Family Healthcare Network, Harry L. Foster, and Tony M. Weber filed a motion to dismiss the First Amended Complaint on August 27, 2010. (Docket No. 58). Plaintiff-Relator Sharman Wood filed an opposition to the motion to dismiss on October 15, 2010. (Docket No. 63). Defendants filed a reply on October 25, 2010. (Docket No. 64).

The Court heard argument on the motion on November 1, 2010. John S. Pierce, Esq., appeared on behalf of Defendants. Michael A. Hirst, Esq., appeared on behalf of Plaintiff-Relator.

Upon consideration of the briefs and argument, and good cause appearing therefor, the Court now rules as follows:

1. The motion to dismiss is DENIED in its entirety for the reasons set forth in the Court's Memorandum Decision Regarding Motion to Dismiss (Docket No. 67);

2. Defendants shall answer the First Amended Complaint within 14 days following electronic service of this Order by the clerk.

IT IS SO ORDERED.

DATED: December 29, 2010          /s/ OLIVER W. WANGER
                                                 United States District Judge