Michael A. Hirst, Esq. CA Bar No. 131034
Leslie S. Guillon, Esq. CA Bar No. 222400
HIRST LAW GROUP, P.C.
455 Capitol Mall, Suite 605
Sacramento, CA 95814
Tel: (916) 443-6100
Fax: (916) 443-6700

Attorneys for Qui Tam Plaintiff
Sharman Wood

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. SHARMAN WOOD, <br><br> Plaintiffs, <br><br> v. <br><br> FAMILY HEALTHCARE NETWORK; HARRY L. FOSTER; TONY M. WEBER; and DOES 1 through 50, <br><br> Defendants. | 1:07-cv-00700-OWW-SKO <br><br> **STIPULATION AND ORDER TO CONTINUE TELEPHONIC SCHEDULING CONFERENCE** <br><br> Court: Courtroom No. 3 <br> Date: February 2, 2011 <br> Time: 8:15 a.m. |

    THE PARTIES HEREBY STIPULATE AND AGREE that the telephonic scheduling conference, presently calendared for January 21, 2011, shall be continued to February 2, 2011, at 8:15 a.m., at which time the parties shall also appear by telephone.

    IT IS SO STIPULATED.

DATED: January 19, 2011          By:/s/ Michael A. Hirst
                                                     MICHAEL A. HIRST, ESQ.
                                                     LESLIE S. GUILLON, ESQ.
                                                     Counsel for Plaintiff

```
Dated: January 19, 2011          By:/s/ Dawn N. Valentine
                                    JOHN S. PIERCE, ESQ.
                                    DAWN N. VALENTINE, ESQ.
                                    Counsel for Defendants
```

**IT IS SO ORDERED.**

```
Dated: January 20, 2011          /s/ OLIVER W. WANGER
                                 United States District Judge
```